UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

L&B TRANSPORT, LLC

VERSUS

WILLIAM ROSS BEECH

CIVIL ACTION

NUMBER 07-146-FJP-CN

**JUDGMENT**

For written reasons assigned;

IT IS ORDERED that William Ross Beech's motion for summary judgment is granted.

IT IS FURTHER ORDERED that plaintiff's claims be and each are hereby dismissed with prejudice.

Baton Rouge, Louisiana, July 22, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45297